UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL ROBINSON, III,<br><br>   Plaintiff,<br><br>   v.<br><br>VALLEJO CA POLICE DEPT., et al.,<br><br>   Defendants. | Case No. 2:24-cv-03194-TLN-CSK<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF No. 2) |

Plaintiff Will Robinson, III, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis.[1] (ECF Nos. 1, 2.) Plaintiff has not submitted his in forma pauperis request on a proper form. Because Plaintiff has commenced this action while he is still a prisoner, he is "required to pay the full amount of a filing fee" under the Prison Litigation Reform Act ("PLRA"). 28 U.S.C. § 1915(b)(1).

Plaintiff's request for leave to proceed in forma pauperis will be denied, and Plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of Plaintiff's prison

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

trust account statement for the six-month period immediately preceding the filing of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to send Plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: April 14, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, robi3194.24