UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL ROBINSON, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEJO CA POLICE DEPT., et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-03194-TLN-CSK<br><br>**ORDER** |

On August 15, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 12). No objections were filed, and the time to do so has passed.

Although it appears from the record that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

///

///

///

1

1    In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are ADOPTED IN FULL;
2. Plaintiff's action is DISMISSED; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Date: September 26, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE